# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Drain, Gershwin A. | U.S. Distsrict Court, Eastern District of Michigan | 07/07/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge; active | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☑ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

United States District Court
Theodore Levin United States Courthouse
231 W. Lafayette Blvd., Room 123
Detroit, MI 48226

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 07/07/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Wayne County, Michigan Pension Payments | $15,029.36 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Antitrust Institute | 08/22/13 to 08/24/13 | Stanford University, Palo Alto, CA | Judicial Education | Food, travel, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 07/07/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 07/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.    457 Plan #1 (H) | | | | | | | | | |
| 2.    - American Century Value Investor Fund | | | | | Sold | 01/17/13 | J | | |
| 3.    - Am. Funds Invmt. Company of America | | | | | Sold | 01/17/13 | J | | |
| 4.    - Fidelity Contrafund | | | | | Sold | 01/17/13 | J | | |
| 5.    - Fidelity Puritan Fund | | | | | Sold | 01/17/13 | J | | |
| 6.    - Franklin Utilities Fund | | | | | Sold | 01/17/13 | J | | |
| 7.    - Invesco VanKampen Growth & Inc. Fund | | | | | Sold | 01/17/13 | J | | |
| 8.    - Nationwide Intl. Index Fund | | | | | Sold | 01/17/13 | J | | |
| 9.    - Nationwide Intl. Value Fund | | | | | Sold | 01/17/13 | J | | |
| 10.    - Neuberger Berman Genesis Fund | | | | | Sold | 01/17/13 | J | | |
| 11.    - T Rowe Price Mid-Cap Growth Fund | | | | | Sold | 01/17/13 | J | | |
| 12.    - Morgan Stanley Inst. Fund - US Real Estate Port | | | | | Sold | 01/17/13 | J | | |
| 13.    - Nationwide Fixed Account | | | | | Sold | 01/17/13 | K | | |
| 14.    IRA #1 | E | Int./Div. | O | T | | | | | |
| 15.    - Franklin Templeton Mutual Global Discovery Fund | | | | | | | | | |
| 16.    - American Funds Global Growth | | | | | | | | | |
| 17.    - American Funds New World | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - American Funds Growth Income | | | | | | | | | |
| 19.   - American Funds Growth | | | | | | | | | |
| 20.   - American Funds Asset Allocation | | | | | | | | | |
| 21.   - Franklin Income Securities | | | | | | | | | |
| 22.   - AMCAP Fund Class C Am. Funds | | | | | | | | | |
| 23.   - American High Income Trust - Am. Funds | | | | | Sold | 11/13/13 | K | | |
| 24.   - Cap. Income Builder Fd./ Class C - Am. Funds | | | | | | | | | |
| 25.   - Cap. World Bond Fd./ Class C/ Am. Funds | | | | | Sold | 11/13/13 | K | | |
| 26.   - Cap. World Growth & Inc. Fd./ Am. Funds | | | | | | | | | |
| 27.   - Income Fund of Amer. Class C - Am. Funds | | | | | | | | | |
| 28.   - New Perspective Fund Class C - Am. Funds | | | | | | | | | |
| 29.   - First Trust Target Global DVD | | | | | | | | | |
| 30.   - First Trust Capital Strength | | | | | | | | | |
| 31.   - First Trust SMID High Dividend | | | | | Buy | 02/08/13 | J | | |
| 32.   - First Trust Dividend Income Plus | | | | | Buy | 02/08/13 | J | | |
| 33.   - American Balanced Fund/Am. Funds | | | | | Buy | 02/06/13 | K | | |
| 34.   - New Economy Fund/Am. Funds | | | | | Buy | 02/06/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 07/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Growth Fund of America/Am. Funds | | | | | Buy | 02/06/13 | K | | |
| 36. - Hartford Floating Rate Fund | | | | | Buy | 01/03/13 | K | | |
| 37. - Europacific Growth Fund/Am Funds | | | | | Buy | 11/13/13 | K | | |
| 38. IRA #2 | A | Dividend | J | T | | | | | |
| 39. - American Funds Capital Income Builder | | | | | | | | | |
| 40. - American Funds New World Fund | | | | | | | | | |
| 41. - Am. Funds - Growth Fund of America | | | | | | | | | |
| 42. - Am. Funds - American Balance Fund | | | | | | | | | |
| 43. IRA #3 | A | Dividend | K | T | | | | | |
| 44. - Am. Funds - Capital Income Builder | | | | | | | | | |
| 45. - Am. Funds Capital World Growth Fund | | | | | | | | | |
| 46. - AMCAP Fund A | | | | | | | | | |
| 47. - Am. Funds New World Fund A | | | | | | | | | |
| 48. - Am. Funds New World Fund C | | | | | | | | | |
| 49. - Am. Funds Small Cap World Fund | | | | | | | | | |
| 50. - Am Funds The Growth Fund of America | | | | | | | | | |
| 51. - Am. Funds The Investment Co. of Amer. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 07/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Am. Funds The New Economy Fund | | | | | | | | | |
| 53. - Am Funds Capital World Growth & Inc. | | | | | | | | | |
| 54. IRA #4 | A | Int./Div. | J | T | | | | | |
| 55. - Franklin Income Fund Class C | | | | | | | | | |
| 56. - Franklin Rising Dividends Fund Class C | | | | | | | | | |
| 57. - Amer. Funds AMCAP Fund Class C | | | | | | | | | |
| 58. - Amer. Funds American Balanced Fund Class C | | | | | | | | | |
| 59. IRA #5 | D | Dividend | N | T | | | | | |
| 60. - AT&T Incorporated | | | | | | | | | |
| 61. - Abbvie Incorporated | | | | | Buy | 01/03/13 | J | | |
| 62. - Altria Group Incorporated | | | | | | | | | |
| 63. - Ameren Corporation | | | | | Buy | 06/05/13 | J | | |
| 64. - American Elec. Pwr. Incorporated | | | | | | | | | |
| 65. - Amerigas Partners LP | | | | | | | | | |
| 66. - Apple Incorporated | | | | | Buy | 05/02/13 | J | | |
| 67. - Astrazeneca PLC | | | | | | | | | |
| 68. - Automatic Data Processing Incorporated | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 07/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Avista Corporation | | | | | | | | | |
| 70. - BAE Systems PLC Sponsored ADR | | | | | | | | | |
| 71. - BASF SE Sponsored ADR | | | | | | | | | |
| 72. - BCE Incorporated Com New | | | | | | | | | |
| 73. - BP PLC Sponsored ADR | | | | | Buy | 01/10/13 | J | | |
| 74. - Becton Dickinson & Company | | | | | | | | | |
| 75. - Bemis Incorporated | | | | | | | | | |
| 76. - Blackrock Incorporated | | | | | | | | | |
| 77. - Bob Evans Farms Incorporated (X) | | | | | | | | | |
| 78. - Breitburn Energy Partners | | | | | Sold | 07/31/13 | J | | |
| 79. - Bristol Myers Squibb Company | | | | | | | | | |
| 80. - CME Group Incorporated | | | | | | | | | |
| 81. - CA Incorporated | | | | | | | | | |
| 82. - Centrica PLC Spon Adr New | | | | | Buy | 03/27/13 | J | | |
| 83. - Centurylink Incorporated | | | | | | | | | |
| 84. - Chevron Corporation New | | | | | | | | | |
| 85. - Coach Incorporatee | | | | | Buy | 03/04/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Drain, Gershwin A. | 07/07/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Coca Cola Company | | | | | | | | | |
| 87. - Comcast Corporation New C | | | | | | | | | |
| 88. - Commerce Bancshares | | | | | Sold | 06/28/13 | J | | |
| 89. - Conocophillips | | | | | | | | | |
| 90. - Corning Incorporated (X) | | | | | | | | | |
| 91. - Darden Restaurants | | | | | | | | | |
| 92. - Deutsche Telekom AG | | | | | | | | | |
| 93. - Diamond Offshore Drilling | | | | | | | | | |
| 94. - Dominion Res Incorporated | | | | | | | | | |
| 95. - Donnelley R R & Sons Company (X) | | | | | | | | | |
| 96. - Dow Chemical Company | | | | | Buy | 04/29/13 | J | | |
| 97. - Dr. Pepper Snapple Group | | | | | | | | | |
| 98. - Du Pont E I De Nemours & Company | | | | | | | | | |
| 99. - Duke Energy Corporation NE | | | | | | | | | |
| 100. - Electricite De France Adr (France) | | | | | Buy | 05/31/13 | J | | |
| 101. - Emerson Elec. Company | | | | | | | | | |
| 102. - GEO Group Incorporated (X) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 07/07/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Gallagher Arthur J & Company | | | | | | | | | |
| 104. - General Dynamics Corporation | | | | | | | | | |
| 105. - General Mls Incorporated | | | | | | | | | |
| 106. - Genuine Parts Company | | | | | Sold | 07/12/13 | J | | |
| 107. - Glaxosmithkline PLC | | | | | | | | | |
| 108. - HCP Incorporated REIT | | | | | | | | | |
| 109. - Hasbro Incorporated | | | | | | | | | |
| 110. - Health Care Reit Incorporated | | | | | | | | | |
| 111. - Heinz H J Company | | | | | Sold | 04/30/13 | J | | |
| 112. - Imperial Tobacco Group PLC | | | | | | | | | |
| 113. - Intel Corporation | | | | | | | | | |
| 114. - Iron Mtn Incorporated | | | | | | | | | |
| 115. - Johnson & Johnson | | | | | | | | | |
| 116. - J2 Global Incorporated (X) | | | | | | | | | |
| 117. - KLA-Tencor Corporation (X) | | | | | | | | | |
| 118. - Kimberly Clark Corporation | | | | | | | | | |
| 119. - Kohls Corporation | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 07/07/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Kraft Foods Group Incorporated | | | | | | | | | |
| 121. - Lilly Eli & Company | | | | | | | | | |
| 122. - Lockheed Martin Corporation | | | | | | | | | |
| 123. - Lorillard Incorporated | | | | | | | | | |
| 124. - Mattel Incorporated | | | | | | | | | |
| 125. - McDonalds Corporation | | | | | | | | | |
| 126. - Medtronic Incorporated | | | | | Sold | 11/08/13 | J | | |
| 127. - Merck & Company Incorporated | | | | | | | | | |
| 128. - Microsoft Corporation | | | | | | | | | |
| 129. - Microchip Technology | | | | | | | | | |
| 130. - Molson Coors Brewing Company | | | | | | | | | |
| 131. - Munich Re Group | | | | | | | | | |
| 132. - National Fuel Gas Company | | | | | | | | | |
| 133. - National Grid PLC | | | | | | | | | |
| 134. - Nestle S A Sponsored ADR | | | | | | | | | |
| 135. - Norfolk Southern Corporation | | | | | | | | | |
| 136. - Novartis A G Sponsored ADR (X) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 07/07/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Nucor Corporation | | | | | | | | | |
| 138. - Occidental Pete Corporation | | | | | | | | | |
| 139. - Orkla A S Spon ADR A | | | | | Buy | 11/21/13 | J | | |
| 140. - Owens & Minor Incorporated | | | | | | | | | |
| 141. - PNC Finl SVCS Group | | | | | | | | | |
| 142. - PPL Corporation | | | | | | | | | |
| 143. - Paychex Incorporated | | | | | Sold | 12/06/13 | J | | |
| 144. - Pearson PLC Sponsored ADR | | | | | | | | | |
| 145. - Pepsico Incorporated | | | | | | | | | |
| 146. - Pfizer Incorporated | | | | | Sold | 11/15/13 | J | | |
| 147. - Philip Morris International | | | | | | | | | |
| 148. - Procter & Gamble Company | | | | | | | | | |
| 149. - Qualcomm Incorporated | | | | | Buy | 08/29/13 | J | | |
| 150. - Raytheon Company COM New | | | | | | | | | |
| 151. - Regal Entertainment Group | | | | | | | | | |
| 152. - Republic SVCS Incorporated | | | | | | | | | |
| 153. - Reynolds American Incorporated | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 07/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  - Roche Hldg Limited Sponsored | | | | | | | | | |
| 155.  - Rogers Communications | | | | | | | | | |
| 156.  - Royal Dutch Shell PLC | | | | | | | | | |
| 157.  - SSE PLC Sponsored ADR | | | | | | | | | |
| 158.  - Sanofi Sponsored ADR (X) | | | | | | | | | |
| 159.  - Shaw Communications | | | | | | | | | |
| 160.  - Southern Company | | | | | | | | | |
| 161.  - Staples Incorporated | | | | | Buy | 05/09/13 | J | | |
| 162.  - Swisscom AG Sponsored ADR | | | | | | | | | |
| 163.  - Sysco Corporation | | | | | | | | | |
| 164.  - Teco Energy Incorporated (X) | | | | | | | | | |
| 165.  - Target Corporation | | | | | | | | | |
| 166.  - Telefonica Brasil SA | | | | | Sold | 08/30/13 | J | | |
| 167.  - Telstra Corporation Limited (X) | | | | | | | | | |
| 168.  - Turna Rete Elettrica Nazionale ADR (X) | | | | | | | | | |
| 169.  - Thomson Reuters Corporation | | | | | | | | | |
| 170.  - 3M Company | | | | | Sold | 09/20/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. - Total S A Sponsored ADR | | | | | | | | | |
| 172. - UNS Energy Corporation | | | | | Sold | 06/28/13 | J | | |
| 173. - US Bancorp Del Com New (X) | | | | | | | | | |
| 174. - Unilever PLC Spon ADR New | | | | | | | | | |
| 175. - United Parcel Service | | | | | | | | | |
| 176. - United Utilities Group PLC | | | | | | | | | |
| 177. - Verizon Communications | | | | | | | | | |
| 178. - Vinci S A | | | | | | | | | |
| 179. - Vivendi SA | | | | | | | | | |
| 180. - Vodafone Group PLC New | | | | | | | | | |
| 181. - Wal-Mart Stores Incorporated | | | | | | | | | |
| 182. - Walgreen Company | | | | | | | | | |
| 183. - Waste Mgmt Incorporated | | | | | | | | | |
| 184. - Western Un Company | | | | | Buy | 03/25/13 | J | | |
| 185. - Williams Companies Incorporated Del | | | | | Buy | 12/05/13 | J | | |
| 186. - Yara International ASA Sponsored ADR | | | | | Buy | 05/09/13 | J | | |
| 187. - Daimler AG | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 07/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  - Aircastle Limited | | | | | Buy | 06/27/13 | J | | |
| 189.  - Ensco PLC SHS Class A | | | | | Buy | 11/13/13 | J | | |
| 190.  - Partnerre Limited (Bermuda) | | | | | | | | | |
| 191.  - Corrections Corporation Amer New Com New Reit | | | | | Buy | 08/20/13 | J | | |
| 192.  - Kinder Morgan Energy Partners UT LTD Partner (X) | | | | | | | | | |
| 193.  - Realty Income Corporation REIT | | | | | Buy | 07/08/13 | J | | |
| 194.  - Senior Hsg Pptys Tr Sh Ben Int REIT | | | | | Buy | 02/14/13 | J | | |
| 195.  - Ventas Incorporated REIT | | | | | Buy | 09/16/13 | J | | |
| 196.  - Williams Partners L P Com Unit L P | | | | | Buy | 01/17/13 | J | | |
| 197.  Brokerage Account #1 (H) | | | | | | | | | |
| 198.  - Annaly Capital Mgmt Incorporated | A | Dividend | | | Sold | 04/04/13 | J | | |
| 199.  - Am Funds Cap World Growth & Inc Class C | A | Dividend | K | T | | | | | |
| 200.  - First Eagle Global Fund Class C | A | Dividend | K | T | | | | | |
| 201.  - Franklin Income Fund Class C | B | Dividend | L | T | | | | | |
| 202.  - Franklin High Yield Tax Free Income Fund | A | Dividend | | | Sold | 11/13/13 | J | | |
| 203.  - Franklin Rising Dividends Fund | A | Dividend | J | T | Buy | 11/13/13 | J | | |
| 204.  - Am Funds Growth Fund of Amer Class C | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 07/07/2014 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐  NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.   - Am Funds Investment Co of America Class A | A | Dividend | K | T | | | | | |
| 206.   - Franklin Templeton Mutual Global Discovery | A | Dividend | K | T | | | | | |
| 207.   - Am Funds New World Class C | A | Dividend | J | T | | | | | |
| 208.   - Realty Income Corporation Reit | B | Dividend | K | T | | | | | |
| 209.   - Targa Resources Partners LP Com Unit | A | Dividend | J | T | | | | | |
| 210.   - Transamerica Tactical Income Fund Class C | A | Dividend | | | Sold | 07/30/13 | J | | |
| 211.   - Blackrock Equity Div. Fund Class C | A | Dividend | J | T | | | | | |
| 212.   - Calamos Growth & Income Fund Class C | A | Dividend | K | T | | | | | |
| 213.   - Raymond James Cash Account | | None | J | T | | | | | |
| 214.  Brokerage Account #2 (H) | | | | | | | | | |
| 215.   - Allstate Corporation | A | Dividend | J | T | Buy | 06/06/13 | J | | |
| 216.   - Amazon Com Incorporated | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 217.   - American Express Group Inc. Com | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 218.   - American International Group Inc. Com | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 219.   - Apple Incorporated | A | Dividend | J | T | Buy | 10/21/13 | J | | |
| 220.   - Bank of America Corporation | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 221.   - Biogen Idec Incorporated | A | Dividend | J | T | Buy | 02/07/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 07/07/2014 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  - Boeing Company | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 223.  - CME Group Incorporated | A | Dividend | J | T | Buy | 06/24/13 | J | | |
| 224.  - CVS Caremark Corporation | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 225.  - Canadian Pac Ry Limited | A | Dividend | J | T | Buy | 04/04/13 | J | | |
| 226.  - Celgene Corporation | A | Dividend | J | T | Buy | 02/11/13 | J | | |
| 227.  - Chevron Corporation | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 228.  - Citigroup Incorporated Com New | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 229.  - Comcast Corporation New | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 230.  - Disney Walt Company | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 231.  - Ebay Incorporated | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 232.  - Express Scripts Hldg Company | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 233.  - General Electric Company | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 234.  - General Mtrs Company | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 235.  - Gilead Sciences Incorporated | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 236.  - Goldman Sachs Group Incorporated | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 237.  - Google Incorporated | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 238.  - Halliburton Company | A | Dividend | J | T | Buy | 02/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 07/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Home Depot Incorporated | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 240. - Honeywell International Incorporated | A | Dividend | J | T | Buy | 10/07/13 | J | | |
| 241. - JPMorgan Chase & Company | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 242. - Johnson & Johnson | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 243. - Las Vegas Sands Corporation | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 244. - Lowe's Companies Incorporated | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 245. - Marsh & Mclennan Companies Incorporated | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 246. - Mastercard Incorporated | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 247. - News Corporation New | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 248. - Pfizer Incorporated | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 249. - Precision Castparts Corporation | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 250. - Schlumberger Limited | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 251. - Schwab Charles Corporation New | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 252. - Starwood Hotels & Resorts Wrldwd | A | Dividend | J | T | Buy | 11/18/13 | J | | |
| 253. - Texas Instrs Incorporated | A | Dividend | J | T | Buy | 08/15/13 | J | | |
| 254. - Twenty First Centy Fox Incorporated | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 255. - Union Pac Corporation | A | Dividend | J | T | Buy | 02/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 07/07/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - United Technologies Corporation | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 257. - Verizon Communications Incorporated | A | Dividend | J | T | Buy | 10/22/13 | J | | |
| 258. - Yahoo Incorporated | A | Dividend | J | T | Buy | 11/25/13 | J | | |
| 259. - Liberty Global Plc Shs | A | Dividend | J | T | Buy | 02/26/13 | J | | |
| 260. - Ace Limited Shs | A | Dividend | J | T | Buy | 08/14/13 | J | | |
| 261. - TE Connectivity Limited Reg Shs | A | Dividend | J | T | Buy | 08/20/13 | J | | |
| 262. - American Tower Corporation New Reit | A | Dividend | J | T | Buy | 02/07/13 | J | | |
| 263. Virginia 529 Plan, College Savings Plan, Moderate Growth | A | Dividend | J | T | | | | | |
| 264. - AMCAP Fund - 529C | | | | | Buy | 05/13/13 | J | | |
| 265. - Capital World Growth & Income - 529C | | | | | Buy | 05/13/13 | J | | |
| 266. - The Growth Fund of America - 529C | | | | | Buy | 05/13/13 | J | | |
| 267. - The Investment Company of America - 529C | | | | | Buy | 05/13/13 | J | | |
| 268. Hartford Life Insurance Cash Value Acct. #1 | A | Int./Div. | J | T | | | | | |
| 269. - American Funds International | | | | | | | | | |
| 270. - American Funds Global Growth | | | | | | | | | |
| 271. - American Funds New World | | | | | | | | | |
| 272. - HLS Dividend & Growth | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.   - American Funds Growth | | | | | | | | | |
| 274.   - American Funds Asset Allocation | | | | | | | | | |
| 275.   - HLS Int'l. Opps | | | | | | | | | |
| 276.   - HLS Int. Small Co | | | | | | | | | |
| 277.   - American Funds Small Cap | | | | | | | | | |
| 278.   - Franklin Templeton Mutual Shares Sec | | | | | | | | | |
| 279.   PNC Bank Checking & Savings Accounts | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 07/07/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Harford Life Insurance Cash Value Account #1 contains privately held investments with no ticker symbols and are not publicly traded funds.

457 Plan #1 was rolled over into IRA#1.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gershwin A. Drain**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544